IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JERRY JEROME ANDERSON,                      :
                                            :
          Plaintiff,                        :
                                            :
     v.                                     :          CIVIL ACTION NO. CV205-205
                                            :
J. D. LAMER, Warden; Dr. CHARLES            :
W. BROWN; Dr. SURENDRA RISHI;               :
Dr. SYLVIA R. PETTERSON, and                :
Dr. SAMIR M. SULAYMAN,                      :
                                            :
          Defendants.                       :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff contends that this Court should consider that having a hard object left in his knee, which caused him sufficient pain, is a serious medical condition. Plaintiff also contends that he was never able to have a surgeon remove the "hard object" from his knee. Plaintiff further contends that he did not discover the hard object in his knee until after he received his medical records in November 2004, and thus, the statute of limitation should not start elapsing until that time.

Typically, the applicable statue of limitation "does not begin to run until the facts which would support the cause of action are apparent or *should be apparent* to a person with a reasonably prudent regard for his rights." Lovett v. Ray, 327 F.3d 1181, 1182 (11th Cir. 2003) (emphasis supplied). Plaintiff alleges that Defendants were deliberately indifferent to his serious medical needs in 1992 and 1999. He also alleges that he

AO 72A
(Rev. 8/82)

continued to have pain as a result of Defendants not removing the hard object from his knee. It was at those times that Plaintiff "knew, or should have known, all of the facts necessary to pursue a cause of action." Id.

In addition to the above findings, the Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, filed pursuant to 28 U.S.C.A. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed.2d 619 (1971), is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ___14___ day of ___December___, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)