IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JERRY JEROME ANDERSON,

    Plaintiff,

    v.

J. D. LAMER, Warden; Dr. CHARLES
W. BROWN; Dr. SURENDRA RISHI;
Dr. SYLVIA R. PETTERSON, and
Dr. SAMIR M. SULAYMAN,

    Defendants.

CIVIL ACTION NO. CV205-205

## ORDER

Plaintiff filed a Notice of Appeal and a Motion to Proceed in forma pauperis on appeal. Pursuant to 28 U.S.C. § 1915 and the Rules of the Eleventh Circuit Court of Appeals, Plaintiff must pay the $255.00 for filing his notice of appeal.

Accordingly, the Court's Order dated November 28, 2005, is hereby amended to reflect that Plaintiff's financial obligation for filing a complaint and a notice of appeal in this case totals $505.00. Plaintiff's custodian is directed to continue deductions from Plaintiff's Inmate Trust Account in the same manner as set forth in the November 28, 2005 Order until the total amount is paid. All other terms of the November 28, 2005 Order remain unchanged. The Clerk is directed to serve a copy of the November 28, 2005 Order and a copy of this Order upon Plaintiff and Plaintiff's current custodian.

**SO ORDERED**, this 11th day of April, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)